**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **NAZARIA BAUTISTA BAUTISTA** | **CASE NO. 6:26-CV-2319 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **WARDEN, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

**ORDER**

Before the court is a petition for writ of habeas corpus filed on behalf of petitioner Nazaria Bautista Bautista pursuant to 28 U.S.C. §2241. According to the ICE detainee locator service,[1] Petitioner is no longer detained and has either been deported or released. Accordingly,

**IT IS ORDERED** that counsel for Petitioner confirm within **14 days** whether Petitioner has been deported or released.

THUS DONE in Chambers on this 28th day of September, 2026.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE

[1] https://locator.ice.gov/odls/#/search